## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Edwards D. Banks, Diane M. Banks,

                    Plaintiffs,

                                          Civ. No. 10-4972 (RHK/JJK)
                                          **ORDER**

v.

Shapiro & Zielke, LLP,

                    Defendant.

---

      This matter is before the Court *sua sponte*. Defendant has filed a Motion for Summary Judgment (Doc. No. 19), and a hearing on that Motion is currently scheduled for July 13, 2011 before the undersigned. Plaintiffs have now filed a Motion to Stay the action, however, and a hearing on the Motion to Stay is scheduled for July 14, 2011, before Magistrate Judge Jeffrey J. Keyes. (See Doc. Nos. 23, 24.)

      Accordingly, the hearing on Defendant's Motion for Summary Judgment currently set for July 13, 2011, is **CONTINUED** *sine die*. It will be rescheduled, if necessary, following the resolution of Plaintiffs' Motion to Stay. It is further ordered that the parties **SHALL** complete their briefing on the Summary-Judgment Motion as originally scheduled despite this continuance, with the responsive memorandum due 21 days before the original hearing date and the reply due 14 days prior to the original hearing date.

Dated: June 21, 2010                                               s/Richard H. Kyle
                                                                     RICHARD H. KYLE
                                                                     United States District Judge