## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Edward D. Banks and Diane M. Banks, | Civil No. 10-4972 (RHK/JJK) |
| Plaintiffs, | |
| v. | **ORDER** |
| Shapiro & Zielke, LLP, f/k/a Shapiro, Nordmeyer & Zielke, LLP, | |
| Defendant. | |

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. No. 40), **IT IS ORDERED** that the above-entitled action is **DISMISSED WITH PREJUDICE** on the merits.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 22, 2012

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge